IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SONIC FOUNDRY, INC.,

               Plaintiff,

v.

ASTUTE TECHNOLOGY, LLC,

               Defendant.

ORDER

13-cv-087-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 3rd day of May, 2013.

               BY THE COURT:

               WILLIAM M. CONLEY
               District Judge