IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SONIC FOUNDRY, INC.,

        Plaintiff,

v.

ASTUTE TECHNOLOGY, LLC,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-0087-lsa

---

    This action came for consideration before the court with District Judge Lynn Adelman presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Astute Technology, LLC against plaintiff Sonic Foundry, Inc. dismissing this case without prejudice for lack of personal jurisdiction.


By: *[signature] Vijnu Kawla, Deputy Clerk*
Peter Oppeneer, Clerk of Court

11-26-13
Date